## MARGOL & MARGOL, P.A.

ATTORNEYS AT LAW
2029 NORTH THIRD STREET
JACKSONVILLE BEACH, FLORIDA 32250

September 18, 2019

RODNEY S. MARGOL
BOARD CERTIFIED CIVIL TRIAL LAWYER

TELEPHONE (904) 355-7508
FACSIMILE (904) 619-8741
E-MAIL: RODNEY@MARGOLANDMARGOL.COM

***Via U. S. Mail and Email***
***jlc@prwlawfirm.com***

Jared L. Cherry, Esquire
4001 South 700 East, Suite 500
Salt Lake City, UT 84107

### Re: AirPro Diagnostics, LLC

Dear Jared:

Thank you for your patience in allowing my client, AirPro Diagnostics, LLC, to respond to the issues discussed during our conference call of August 27, 2019. AirPro's business schedule plus the delays and dislocations caused to our area and personnel by Hurricane Dorian have been a challenge.

AirPro (APD) continues to assert that there is an ambiguity in the J2534 EULA, which covers the only Ford software it has purchased. Furthermore, until receipt of your correspondence of August 15, 2019, my client believed it was in good faith compliance with the EULA.[1] Nevertheless, as indicated in my client's response dated August 27, 2019 APD has removed all Ford trademarks from its website and marketing materials, to the extent they were present. With respect to the remainder of your concerns, APD will take or is taking the actions outlined below:

### 1. **APD Policy Change**

Although APD continues to maintain it has been in compliance with all Ford licensing agreements, the company has decided to render this issue moot by refraining from purchasing or becoming a licensee of Ford software under Ford's J2534 EULA. To the extent one of our customers independently determines or decides that Ford software is required to be utilized to complete the repair of a vehicle in its possession, the customer will have to purchase the license from Ford's website, become the

---

[1] A copy of the EULAs are enclosed as Exhibits "A" and "B".

licensee, and be bound by all terms and conditions therein. APD will not purchase nor become the licensee. By following this policy, the current confusion as to which "premises" Ford's software resides will be eliminated. The Ford software will reside at the customer's (your licensee's) premises where the vehicle is located. The Ford software will have to be downloaded directly from Ford's website to the AirPro scan tool (a computer) located on the customer's premises. APD will continue to adhere to this policy until this matter can be resolved under the current license or within the formation of an enterprise license for APD to utilize for the benefit of all parties.

## 2. **Premises Issue and Multiple Uses of a Single Ford License**

APD continues to assert that the software licensed under the EULA was resident at the premises where the scan tool was located and where the vehicle repair was being conducted. AirPro has been performing diagnostic services primarily for collision repair shops for approximately three (3) years using properly licensed, third party scan tool programs and Ford's FJDS/FDRS (previously FMP) when programming was needed or when diagnostics on late model Ford/Lincoln vehicles (2018 model year and newer) were required. APD purchased multiple short-term licenses (two-day term) and only one long term license of the Ford software. APD would use the licensed software on one AirPro scan tool (a computer) at a time (as permitted). It would then release the license from that scan tool when finished until the next use was needed on another AirPro scan tool. You have asserted that this activity was not the intended use of a license. Nevertheless, APD maintained and continues to maintain that it was in compliance with the EULA[2].

## **APD's Business Model**

It may be helpful to understand more about APD and the value of the Ford software to its business. During its approximately three years of existence APD has built its business slowly to a current level of approximately 400 active customers. APD has focused its capital and commitment to undertaking high-level software communications development as well as the delivery of high-quality customer service by hiring and managing a well trained and experienced staff of technicians. As stated previously, APD primarily uses its high-level, properly licensed, aftermarket scan tool as its main tool for approximately 96% of its services to its customers and only uses OEM specific licensed software when needed: (1) to service vehicles not currently covered by an aftermarket tool, (2) for those shops who have certification programs which require the use of the latest OEM software, (3) when programming certain control modules, or (4) when calibrating certain ADAS systems.

___

[2] See Exhibit "C" attached.

## Revenue Associated with Ford Software Use

To date, APD has purchased and used the licensed Ford software at issue in a very limited number of cases and only for the purposes stated above. My client is continuing to research its records and log files to determine the exact number of times the license was used. During our phone conference you indicated that you/Ford have this data which would be helpful to my client to confirm the extent of use of this license and to support your claim of a breach. While it is difficult to assess precisely, APD believes the scan or reprogramming revenue associated with its use has amounted to less than $15,000.

## Need for Certification Subscription or License

Unless or until an OEM has a Certification Program requiring the use of specific tools or software, APD utilizes relevant diagnostic IP through properly licensed, third party aftermarket vendors to conduct its business of providing remote diagnostic and calibration services.[3] Ford currently does *not* have a requirement for use of specific tools or software in its Certification Program. However, if or when Ford decides to implement such a program, an enterprise license (referred to above) would be of value to APD and all parties, as Ford software would need to be used on all scans and in those shops that wish to become Ford certified.

Based on the above facts and representations, APD believes it has now complied with the cease and desist actions Ford has requested. If you believe a follow-up conference call would be of benefit to discuss this matter further, we would welcome the same.

Sincerely,

Rodney S. Margol

RSM:st
cc: AirPro Diagnostics, LLC Management

---

[3] During a relatively recent presentation and subsequent discussion with a member of APD's executive staff and Dave Johnson, Director of Global Service Engineering Operations, Ford Customer Service Division, Mr. Johnson made very clear that Ford's mission as it relates to service information, tools, diagnostic software, etc., is to make sure that Ford vehicles are repaired quickly and correctly and that he fully recognizes that a relatively small percentage of these repairs are performed by franchise dealers. He acknowledged that the aftermarket repair facilities are a key component in the repair network for Ford vehicles.

# EXHIBIT A

Case 2:20-cv-10518-GCS-APP  ECF No. 1-11  filed 02/27/20  PageID.79  Page 5 of 21

# IMPORTANT-READ CAREFULLY:

This End-User License Agreement (hereinafter called "EULA") is a legal agreement between YOU (either an individual or an entity) and Ford Motor Company and its subsidiaries (hereinafter called Ford) for the Ford Motor Company Ford Diagnosis and Repair System product, which includes computer software and may include associated media, printed materials, and "online" or electronic documentation (collectively hereinafter called "Product"). An amendment or addendum to this EULA may accompany the Product.

YOU AGREE TO BE BOUND BY THE TERMS OF THIS EULA BY INSTALLING, COPYING, OR OTHERWISE USING THE PRODUCT.

IF YOU DO NOT AGREE, DO NOT INSTALL OR USE THE PRODUCT.

1. GRANT OF LICENSE.

FORD grants YOU the following rights provided that YOU comply with all terms and conditions of this EULA:

a. Installation and Use.

YOU may install and use this Product only for Your internal use on Your premises for the direct repair of a vehicle and for no other purpose. The Product and related documentation may be copied by YOU in written or machine readable form in whole or in part solely for Your internal business use and for legitimate backup or archive purposes. All copies of the Product made by YOU will include any trademarks and copyright, confidential and proprietary notices that were on the downloaded copies of Product and associated documentation. To ensure access to current functionality YOU may be required to upgrade to new software versions as they are released. YOU may not install or use the Product on a virtual machine or any software system for emulating a hardware system.

b. Storage/Network Use.

YOU may also store or install a copy of the Product on a storage device, such as a network server, used only to install or run the Product on Your other computers over an internal network.

c. Performance or Benchmark Testing.

YOU may not disclose the results of any benchmark test using the Product to any third party without FORD's prior written approval.

d. Reservation of Rights.

FORD reserves all rights not expressly granted to YOU in this EULA.

2. ADDITIONAL SOFTWARE.

This EULA applies to updates or supplements to the original Product provided by FORD, unless we provide other terms along with the update or supplement.

3. LIMITATION ON REVERSE ENGINEERING, DECOMPILATION, AND DISASSEMBLY.

YOU may not reverse engineer, decompile, attempt to derive the source code of, modify, disassemble, or create derivative works using the Product or any update or part thereof, except and only to the extent that it is expressly permitted by applicable law not withstanding this limitation. Disassembly includes, but is

Case 2:20-cv-10518-GCS-APP ECF No. 1-11 filed 02/27/20 PageID.80 Page 6 of 21

not limited to data mining and use of robots or other automated data gathering and extraction techniques and methods.

## 4. TERMINATION AND TERM.

This agreement shall be effective from the time that YOU install or begin using the Product and shall terminate upon the occurrence of one or more of the following events: (i) expiration of the term identified at the time of purchase of the Product, (ii) expiration of any period of trial use or period of limited functionality applicable to the Product, or (iii) termination of this agreement by YOU or by FORD. YOU shall Reconfirm this License on a periodic basis as directed by FORD. Failure to Reconfirm shall result in immediate termination of this License without notice from FORD. Reconfirmation after such termination shall revive the License for the remaining period of the Term. However, in no event shall Reconfirmation extend the term of this License beyond that identified at the time of purchase. The Ford Diagnosis and Repair System is intended for use with genuine Ford Vehicle Communication Module hardware and compatible J2534 hardware. Use of the Ford Diagnosis and Repair System with counterfeit Vehicle Communication Module hardware constitutes a breach of this EULA and may result in termination of this License. YOU may terminate the License granted above at any time by providing written notice to FORD, at the address given above or as later directed by FORD, and complying with all other requirements of this Agreement. FORD may terminate the License for Your breach of the terms and conditions of this Agreement upon giving notice to YOU at Your last noticed address, at least thirty (30) days prior to an effective date of termination and in a writing that specifies the nature of such breach. If YOU cure such breach prior to the effective date of termination, the License shall not terminate and will continue in full force and effect. Immediately upon termination or expiration of the License, YOU shall remove all copies of the Product from Your computer equipment and, within thirty (30) days of such termination or expiration, return to FORD all copies of Confidential Information, including such software program(s) and associated documentation and data. The Licensee agrees to pay the Licensor a License Fee, as determined by the Licensor from time to time. For a period of two years after termination or expiration of the License, FORD or its designee may perform an audit of Your computer equipment to verify that YOU have removed the Product as required.

## 5. CONSENT TO USE OF DATA.

YOU agree that FORD may collect and use technical information provided as a part of support services related to the Product. FORD may combine this information with repair data collected elsewhere.

## 6. WARRANTY DISCLAIMER AND OTHER DISCLAIMERS.

(a) FORD provides the Product AS IS AND WITH ALL FAULTS. FORD MAKES NO REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED. BY WAY OF EXAMPLE BUT NOT OF LIMITATION, FORD MAKES NO REPRESENTATIONS OR WARRANTIES OF MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE. FORD SHALL IN NO EVENT BE LIABLE TO YOU, YOUR SUCCESSORS, OR A THIRD PARTY FOR ANY DAMAGES, WHETHER DIRECT OR INDIRECT, SPECIAL OR GENERAL, CONSEQUENTIAL OR INCIDENTAL, ARISING FROM ANY LOSS CLAIMED AS A RESULT OF THE USE OF THE PRODUCT AND RELATED DOCUMENTATION. (b) FORD MAKES NO WARRANTY OR REPRESENTATION THAT THE PRODUCT CAN BE USED FOR ANY PARTICULAR FUNCTION OR THAT YOU HAVE THE ABILITY TO USE IT, AND FORD ASSUMES NO RESPONSIBILITY FOR THE SAFETY, QUALITY, DESIGN, SPECIFICATIONS, COMPLETENESS OR OTHER CHARACTERISTICS OF THE PERFORMANCE, OUTPUT OR END PRODUCT RESULTING FROM THE USE OF THE PRODUCT. YOUR USE OF THE PRODUCT WILL NOT DIMINISH YOUR OBLIGATIONS OR MITIGATE ANY FAILURES TO PERFORM SPECIFIC SERVICES UNDER ANY PURCHASE ORDER CONTRACTS ISSUED TO YOU BY FORD. (c) NOTHING CONTAINED HEREIN SHALL BE CONSTRUED AS CONFERRING BY IMPLICATION, ESTOPPEL OR OTHERWISE THE INDEMNIFICATION OF YOU BY FORD AGAINST ANY CLAIM OF PATENT INFRINGEMENT, OR INFRINGEMENT OF ANY INTELLECTUAL PROPERTY RIGHTS,

WHETHER OR NOT THE EXERCISE OF ANY RIGHT GRANTED HEREIN NECESSARILY EMPLOYS OR REQUIRES THE PRACTICE OF ANY EXISTING OR SUBSEQUENTLY ISSUED PATENT OR OTHER INTELLECTUAL PROPERTY RIGHT. THERE IS NO WARRANTY OR CONDITION OF TITLE, QUIET ENJOYMENT, QUIET POSSESSION, CORRESPONDENCE TO DESCRIPTION OR NON-INFRINGEMENT WITH REGARD TO THE PRODUCT.

### 7. LIMITATION OF LIABILITY AND REMEDIES.

Notwithstanding any damages that YOU might incur for any reason whatsoever (including, without limitation, all damages referenced above and all direct or general damages), the entire liability of FORD and any of its agents under any provision of this EULA and Your exclusive remedy for all of the foregoing shall be limited to the greater of the amount actually paid by YOU for the Product or U.S.$5.00. The foregoing limitations, exclusions and disclaimers (including Section 6 above) shall apply to the maximum extent permitted by applicable law, even if any remedy fails its essential purpose.

### 8. COPYRIGHT.

The Product is protected by copyright and other intellectual property laws and treaties. FORD or its suppliers own the title, copyright, and other intellectual property right in the Product. The Product is licensed, not sold.

### 9. ASSIGNMENT.

Neither this Agreement nor any rights granted hereunder, in whole or in part shall be assignable or otherwise transferable by YOU. Nothing in this Agreement grants to YOU the right to assign, sell, lease, loan or otherwise transfer Product in whole or in part to a third party.

### 10. EXPORT.

YOU shall act, during the term of this Agreement and thereafter, in full compliance with all Export Control Laws in regard to any Technical or Direct Product related to this Agreement, and that it shall comply with any and all restrictions or conditions imposed by the terms of any US general or validated export license, authorization to re-export, or any other similar grant of authority then in effect, upon Your use or disposition of a Technical or Direct Product, and further warrants and represent to FORD that any and all representations, undertakings, statements, or certifications made to FORD in this regard are and will remain true and correct, and that YOU will immediately provide written notice to FORD upon its discovery to the contrary.

### 11. ENTIRE AGREEMENT.

This EULA, including any addendum or amendment to this EULA which is included with the Product, are the entire agreement between YOU and FORD relating to the Product and the support services (if any), and they supersede all prior or contemporaneous oral or written communications, proposals and representations with respect to the Product or any other subject matter covered by this EULA. To the extent the terms of any FORD policies or programs for support services conflict with the terms of this EULA, the terms of this EULA shall control. This EULA supersedes any prior EULA between YOU and FORD. New terms in this EULA may be made retroactive at the discretion of FORD.

### 12. THIRD PARTY SOFTWARE

FORD makes no grant of license rights to any software, source code, applications owned or licensed by a third party or any open source software (hereinafter Third Party Software) . When additional licenses or license terms exist or are required for any Third Party Software incorporated in or delivered with Software, the terms of that third party license will supersede any conflicting or different terms in this Agreement as it relates to the Third Party Software.

Case 2:20-cv-10518-GCS-APP ECF No. 1-11 filed 02/27/20 PageID.82 Page 8 of 21

13. GOVERNING LAW

This EULA is governed by the laws of the state of Michigan, without regard to choice of law rules. This EULA will not be governed by the United Nations Convention on Contracts for the International Sale of Goods, the application of which is expressly excluded.

# EXHIBIT B

EULA.TXT
End-User License Agreement for Ford J2534 Diagnostic Software

IMPORTANT-READ CAREFULLY:
This End-User License Agreement (hereinafter called "EULA") is a legal agreement
between YOU (either an individual or an entity) and Ford Motor Company and its
subsidiaries (hereinafter called "FORD") for the Ford Motor Company Ford J2534
Diagnostic Software product, which includes computer software and may include
associated media, printed materials, and "online" or electronic documentation
(collectively hereinafter called "Product"). An amendment or addendum to this EULA
may accompany the Product.
YOU AGREE TO BE BOUND BY THE TERMS OF THIS EULA BY INSTALLING, COPYING, OR OTHERWISE
USING THE PRODUCT.
IF YOU DO NOT AGREE, DO NOT INSTALL OR USE THE PRODUCT.

1.      GRANT OF LICENSE.
FORD grants YOU the following rights provided that YOU comply with all terms and
conditions of this EULA:

a.      Installation and Use.

YOU may install and use this Product only for Your internal use on Your premises for
the direct repair of a vehicle and for no other purpose. The Product and related
documentation may be copied by YOU in written or machine readable form in whole or
in part solely for Your internal business use and for legitimate backup or archive
purposes. All copies of the Product made by YOU will include any trademarks and
copyright, confidential and proprietary notices that were on the downloaded copies
of Product and associated documentation. To ensure access to current functionality
YOU may be required to upgrade to new software versions as they are released. YOU
may not install or use the Product on a virtual machine or any software system for
emulating a hardware system.

b.      Storage/Network Use.

YOU may also store or install a copy of the Product on a storage device, such as a
network server, used only to install or run the Product on Your other computers over
an internal network.

c.      Performance or Benchmark Testing.

YOU may not disclose the results of any benchmark test using the Product to any
third party without FORD's prior written approval.

d.      Reservation of Rights.

FORD reserves all rights not expressly granted to YOU in this EULA.

2.      ADDITIONAL SOFTWARE.

Page 1

EULA.TXT

This EULA applies to updates or supplements to the original Product provided by FORD, unless we provide other terms along with the update or supplement.

3.      LIMITATION ON REVERSE ENGINEERING, DECOMPILATION, AND DISASSEMBLY.

YOU may not reverse engineer, decompile, attempt to derive the source code of, modify, disassemble, or create derivative works using the Product or any update or part thereof, except and only to the extent that it is expressly permitted by applicable law not withstanding this limitation.  Disassembly includes, but is not limited to data mining and use of robots or other automated data gathering and extraction techniques and methods.

4.      TERMINATION AND TERM.

This agreement shall remain valid for the term identified at the time of purchase "Term".

YOU shall Reconfirm this License on a periodic basis as directed by FORD.  Failure to Reconfirm shall result in immediate termination of this License without notice from FORD.  Reconfirmation after such termination shall revive the License for the remaining period of the Term.   However, in no event shall Reconfirmation extend the term of this License beyond that identified at the time of purchase.

The Ford J2534 Diagnostic Software is intended for use with genuine Ford Vehicle Communication Module hardware and compatible J2534 hardware.  Use of the Ford J2534 Diagnostic Software with counterfeit Vehicle Communication Module hardware constitutes a breach of this EULA and may result in termination of this License.

YOU may terminate the License granted above at any time by providing written notice to FORD, at the address given above or as later directed by FORD, and complying with all other requirements of this Agreement.

FORD may terminate the License for Your breach of the terms and conditions of this Agreement upon giving notice to YOU at Your last noticed address, at least thirty (30) days prior to an effective date of termination and in a writing that specifies the nature of such breach.  If YOU cure such breach prior to the effective date of termination, the License shall not terminate and will continue in full force and effect.

Immediately upon termination or expiration of the License, YOU shall remove all copies of the Product from Your computer equipment and, within thirty (30) days of such termination or expiration, return to FORD all copies of Confidential Information, including such software program(s) and associated documentation and data. The Licensee agrees to pay the Licensor a License Fee, as determined by the Licensor from time to time.   For a period of two years after termination or expiration of the License, FORD or its designee may perform an audit of Your computer equipment to verify that YOU have removed the Product as required.

Page 2

EULA.TXT

5.    CONSENT TO USE OF DATA.

YOU agree that FORD may collect and use technical information provided as a part of
support services related to the Product.  FORD may combine this information with
repair data collected elsewhere.

6.    WARRANTY DISCLAIMER AND OTHER DISCLAIMERS.

(a)  FORD provides the Product AS IS AND WITH ALL FAULTS.  FORD MAKES NO
REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED.  BY WAY OF EXAMPLE BUT NOT OF
LIMITATION, FORD MAKES NO REPRESENTATIONS OR WARRANTIES OF MERCHANTABILITY OR
FITNESS FOR ANY PARTICULAR PURPOSE.  FORD SHALL IN NO EVENT BE LIABLE TO YOU, YOUR
SUCCESSORS, OR A THIRD PARTY FOR ANY DAMAGES, WHETHER DIRECT OR INDIRECT, SPECIAL OR
GENERAL, CONSEQUENTIAL OR INCIDENTAL, ARISING FROM ANY LOSS CLAIMED AS A RESULT OF
THE USE OF THE PRODUCT AND RELATED DOCUMENTATION.
(b)  FORD MAKES NO WARRANTY OR REPRESENTATION THAT THE PRODUCT CAN BE USED FOR ANY
PARTICULAR FUNCTION OR THAT YOU HAVE THE ABILITY TO USE IT, AND FORD ASSUMES NO
RESPONSIBILITY FOR THE SAFETY, QUALITY, DESIGN, SPECIFICATIONS, COMPLETENESS OR
OTHER CHARACTERISTICS OF THE PERFORMANCE, OUTPUT OR END PRODUCT RESULTING FROM THE
USE OF THE PRODUCT.  YOUR USE OF THE PRODUCT WILL NOT DIMINISH YOUR OBLIGATIONS OR
MITIGATE ANY FAILURES TO PERFORM SPECIFIC SERVICES UNDER ANY PURCHASE ORDER
CONTRACTS ISSUED TO YOU BY FORD.
(c)  NOTHING CONTAINED HEREIN SHALL BE CONSTRUED AS CONFERRING BY IMPLICATION,
ESTOPPEL OR OTHERWISE THE INDEMNIFICATION OF YOU BY FORD AGAINST ANY CLAIM OF PATENT
INFRINGEMENT, OR INFRINGEMENT OF ANY INTELLECTUAL PROPERTY RIGHTS, WHETHER OR NOT
THE EXERCISE OF ANY RIGHT GRANTED HEREIN NECESSARILY EMPLOYS OR REQUIRES THE
PRACTICE OF ANY EXISTING OR SUBSEQUENTLY ISSUED PATENT OR OTHER INTELLECTUAL
PROPERTY RIGHT.  THERE IS NO WARRANTY OR CONDITION OF TITLE, QUIET ENJOYMENT, QUIET
POSSESSION, CORRESPONDENCE TO DESCRIPTION OR NON-INFRINGEMENT WITH REGARD TO THE
PRODUCT.

7.    LIMITATION OF LIABILITY AND REMEDIES.

Notwithstanding any damages that YOU might incur for any reason whatsoever
(including, without
limitation, all damages referenced above and all direct or general damages), the
entire liability
of FORD and any of its agents under any provision of this EULA and Your exclusive
remedy for all of the foregoing shall be limited to the greater of the amount
actually paid by  YOU for the Product or U.S.$5.00.  The foregoing limitations,
exclusions and disclaimers
(including Section 6 above) shall apply to the maximum extent permitted by
applicable law, even if any remedy fails its essential purpose.

8.    COPYRIGHT.

The Product is protected by copyright and other intellectual property laws and

Page 3

EULA.TXT

treaties.
 FORD or its suppliers own the title, copyright, and other intellectual property
 rights in the Product.  The Product is licensed, not sold.

9.    ASSIGNMENT.

Neither this Agreement nor any rights granted hereunder, in whole or in part shall
be assignable or otherwise transferable by YOU.  Nothing in this Agreement grants to
YOU the right to assign, sell, lease, loan or otherwise transfer Product in whole or
in part to a third party.

10.    EXPORT.

YOU shall act, during the term of this Agreement and thereafter, in full compliance
with all Export Control Laws in regard to any Technical or Direct Product related to
this Agreement, and that it shall comply with any and all restrictions or conditions
imposed by the terms of any US general or validated  export license, authorization
to re-export, or any other similar grant of authority then in effect, upon Your use
or disposition of a Technical or Direct Product, and further warrants and represent
to FORD that any and all representations, undertakings, statements, or
certifications made to FORD in this regard are and will remain true and correct, and
that YOU will immediately provide written notice to FORD upon its discovery to the
contrary.

11.    ENTIRE AGREEMENT.

This EULA, including any addendum or amendment to this EULA which is included with
the Product, are the entire agreement between YOU and FORD relating to the Product
and the support services (if any), and they supersede all prior or contemporaneous
oral or written communications, proposals and representations with respect to the
Product or any other subject matter covered by this EULA.  To the extent the terms
of any FORD policies or programs for support services conflict with the terms of
this EULA, the terms of this EULA shall control.  This EULA supersedes any prior
EULA between YOU and FORD.  New terms in this EULA may be made retroactive at the
discretion of FORD.

12.    THIRD PARTY SOFTWARE

FORD makes no grant of license rights to any software, source code, applications
owned or licensed by a third party or any open source software (hereinafter Third
Party Software) .  When additional licenses or license terms exist or are required
for any Third Party Software incorporated in or delivered with Software, the terms
of that third party license will supersede any conflicting or different terms in
this Agreement as it relates to the Third Party Software.

13.    GOVERNING LAW

This EULA is governed by the laws of the state of Michigan, without regard to choice

EULA.TXT

of law rules. This EULA will not be governed by the United Nations Convention on Contracts for the International Sale of Goods, the application of which is expressly excluded.

# EXHIBIT C

**Facts About IDS Software Licensing**

https://www.motorcraftservice.com/diagnostic/Support?channelId=45&categoryId=292

# General Information

- A unique license is required for each computer.
- The license is assigned to the computer it is activated on.
- A license can only be used on one computer at a time.
- Vehicle Communication through the VCM is disabled without an active license.
- A license can be transferred to a different PC.
- Licenses are active for a fixed period of time and expire on the expiration date.
- A license can be renewed, returned and transferred to a different PC.
- A license can be renewed within 30 days of expiration.
- Uninstalling IDS does not uninstall the license.

# Types of Licenses

Production License

- Can be installed many times on the computer it is assigned to.
- An Activation Code is required to activate the license.
- Activation does require communication with the License Server.
- Activation can be done using either an online or offline process.
- Is a renewable license.
- Can only be renewed online.
- The renewal process does not require manual entry of an Activation Code.

# Production License Status

- Active – An active and valid license with Vehicle Communications enabled.
- Inactive – An inoperable license resulting from computer clock rollback or computer hardware changes with Vehicle Communications disabled.
- Invalid – A license past its validation deadline with Vehicle Communications disabled.
- Expired – A license past its expiration date with Vehicle Communications disabled.

# IDS Software License Functions

License Validation

- An activated Production License requires regular Validation to remain active.
- When internet connected, Validation is automatically done by IDS as a background task
- When not internet connected, IDS provides warnings as the Validation deadline approaches.
- Validation can be done either online or offline.

Returning a License/Transferring a License

- Any internet connected computer with a license can be used to Return or Transfer a license.
- A license can be transferred by activating a returned license on another computer.
- To Return a license online, select System Utilities\ License Management\Return License.
- To Return a license offline, select System Utilities\ License Management\Support Information.

# Uninstalling IDS

- If IDS and the license are no longer needed, uninstall IDS and Return the license.
- If IDS is no longer needed, uninstall IDS and retain the license for future use.

### Getting started with IDS software Licensing

https://www.motorcraftservice.com/diagnostic/Support?channelId=45&categoryId=293

Install IDS Software

1. Obtain an IDS unit and install IDS licensing software on it, and then start IDS.

Activate a Production License

1. Follow the steps outlined on the IDS Software - Activate a License screen.
2. Start with Step #1: Obtain an IDS Activation Code and follow the instructions on the screen for your market. In most cases a link will be provided that takes you to the Professional Technicians Society (PTS) website. Once there, select the Rotunda tab and the IDS Software Licensing selection from the dropdown list. An IDS Software Licenses screen will then display a list of Activation Codes within your dealership. Please consult your dealership management for policies governing distribution of these Activation Codes.
3. Return to the IDS Software - Activate a License screen on IDS after obtaining an Activation Code.
4. Complete Step #2: Enter the IDS Activation Code by selecting the Activate Production License button to start activation of the license.
5. Enter the Activation Code when prompted on the IDS Software - Production License Activation screen. Note: if you viewed the IDS Software Licenses screen from the same computer you have IDS installed on, you can use Windows cut and paste to enter the Activation Code.
6. Finish the activation by closing out the IDS Software - License Activation Success screen upon successful completion of your Production License activation. If an error occurred during the activation process, an IDS Software -License Activation Failure screen will be displayed with an error message to aid you in understanding what may have happened.

Access Your License Information in IDS

- You can view information about the license activated in IDS on your PC by selecting "Software License" from the IDS Information Menu.



- Additional Resources

Facts About IDS Software Licensing

For more information about IDS software licensing, within IDS, go to: System Utilities | License Management | Facts About IDS Software Licensing

**Returning a License**

https://www.motorcraftservice.com/diagnostic/Support?channelId=45&categoryId=296

IDS uses the term "return" to describe releasing the license from its tie to the PC on which it has been activated. When you activate a license it binds it to the PC. If a user wishes to transfer the license to another PC or if the PC goes through an Operating System upgrade or if you get a new PC, the license must be released from the PC prior to these changes. Users can release the license from a PC by using the "Return a License" feature within the IDS License Management menu. Once a license is returned/released from a PC it can be activated in IDS on another PC or the same PC using the "Activate a License" feature in IDS.

An IDS software license can be returned to the license server at anytime on an internet connected computer. To begin go to the System Utilities Page and select License Management.

## Transfer a License

https://www.motorcraftservice.com/diagnostic/Support?channelId=45&categoryId=297

An IDS software license must first be returned in order to transfer it to another computer. Once the license is returned to the License Server, activate the license on the computer you wish to transfer it to. If you are not internet connected, refer to the Returning a License online Help document for assistance with returning the license.

To begin, go to the System Utilities Page and select License Management.



Select Return a License from the dropdown menu.



Activate the license you just returned on the new computer that you want it transferred to, to continue the license transfer. Follow the instructions available in the Activate a License online Help document.





**Uninstalling**

https://www.motorcraftservice.com/diagnostic/Support?channelId=45&categoryId=299

The process of uninstalling IDS does not automatically remove the IDS software license. There is an option either to retain or to return the license to the License Server during the uninstall process as shown in the screen below. When making the decision to return the license or not, keep in mind that a license is not tied to a specific version of IDS software and is interchangeable with other versions. If you plan to reinstall IDS at some time in the future, you can retain the license on the computer until that time when you need it again. Otherwise, return the license to the License Server so it can be used on another computer.