# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| FORD MOTOR COMPANY,<br>a Delaware Corporation, and<br>FORD GLOBAL TECHNOLOGIES,<br>LLC, a Delaware Limited Liability<br>Company,<br><br>       Plaintiffs,<br><br>v.<br><br>AIRPRO DIAGNOSTICS, LLC,<br>a Florida Limited Liability Company,<br><br>       Defendant. | Case No: 2:20-cv-10518-GCS-APP<br><br>Honorable George Caram Steeh |

| | |
|---|---|
| GREGORY D. PHILLIPS (P80801)<br>JARED L. CHERRY (P80800)<br>PHILLIPS RYTHER &<br>WINCHESTER<br>4001 South 700 East, Suite 500<br>Salt Lake City, Utah 84107<br>Tel: (801) 935-4932<br>Fax: (801) 935-4936<br>Attorneys for Plaintiffs | ADAM J. BRODY (P62035)<br>ZIYAD I. HERMIZ (P72236)<br>VARNUM LLP<br>Bridgewater Place<br>333 Bridge St. NW, Suite 1700<br>P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>Tel: (616) 336-6000<br>ajbrody@varnumlaw.com<br>zihermiz@varnumlaw.com<br>Attorneys for Defendant |

## STIPULATED ORDER ALLOWING DEFENDANT'S
## TO FILE EXHIBIT UNDER SEAL

Defendant has moved, pursuant to E.D. Mich. L.R. 5.3(b), for an Order permitting the filing under seal of Exhibit B to its Brief in Opposition to Plaintiff's Motion for Protective Order [ECF No. 39].

A determination on a motion for leave to file under seal is left to the sound discretion of the district court. *Meyer Goldberg, Inc. v. Fisher Foods, Inc.,* 823 F.2d 159, 161 (6th Cir. 1987).

The exhibit that Defendant seeks leave to file under seal is compilation of communications that occurred within Plaintiffs' organization and which address, among other things, some aspects of Plaintiffs' business operations and strategy. Good cause exists for filing this exhibit under seal because the documents have been designated by Plaintiffs as Confidential or Attorneys Eyes Only under the Protective Order entered in this case and because the exhibit contains sensitive and proprietary information that could be harmful to Plaintiffs if it is publicly disclosed.

The Court finds good cause for granting leave to file the exhibits under seal to respect the privacy rights of Plaintiffs. *See Brown & Williamson Tobacco Corp. v. F.T.C.,* 710 F.2d 1165, 1179 (6th Cir. 1983).

Accordingly, it is hereby ORDERED that Defendant's motion for leave to file exhibit under seal is GRANTED with respect to Exhibit B to Defendants' Brief in Opposition to Plaintiffs' Motion for Protective Order.

Dated: April 9, 2021

s/Anthony P. Patti
United States Magistrate Judge

**STIPULATE TO ENTRY OF ORDER:**

/s/ Adam J. Brody
Adam J. Brody (P62035)
VARNUM LLP
Attorneys for Defendants

Dated: April 9, 2021

/s/ Jared L. Cherry (w/ Permission)
Jared L. Cherry (P80800)
PHILLIPS RYTHER &
WINCHESTER
Attorneys for Plaintiffs

Dated: April 9, 2021