UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ford Motor Company, et al.,

                Plaintiff(s),

v.                                            Case No. 2:20−cv−10518−GCS−APP
                                                Hon. George Caram Steeh

AirPro Diagnostics, LLC,

                Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Anthony P. Patti pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

s/George Caram Steeh
George Caram Steeh
United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

s/M. Lang
Acting in the absence of Brianna Sauve

Dated: January 26, 2023