# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| FORD MOTOR COMPANY, a Delaware corporation, and FORD GLOBAL TECHNOLOGIES, LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>AIRPRO DIAGNOSTICS, LLC, a Florida limited liability company,<br><br>    Defendant. | Case No. 2:20-cv-10518<br><br>Hon. George Caram Steeh<br>Magistrate Anthony P. Patti |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties identified above, through their respective attorneys, that this case should be dismissed in its entirety, with prejudice and without costs to either party.

Respectfully submitted,

| | |
|---|---|
| */s/ Adam J. Brody*<br>Adam J. Brody (P62035)<br>Varnum LLP<br>Bridgewater Place<br>333 Bridge St. NW, Suite 1700<br>P.O. Box 352<br>Grand Rapids, MI 49501<br>T: (616) 336-6000<br>ajbrody@varnumlaw.com<br>*Attorneys for Defendant* | */s/ Roger P. Meyers*<br>Roger P. Meyers (P73255)<br>Mahde Y. Abdallah (P80121)<br>**BUSH SEYFERTH PLLC**<br>100 W. Big Beaver Road, Suite 400<br>Troy, MI 48084<br>T/F: (248) 822-7800<br>meyers@bsplaw.com<br>abdallah@bsplaw.com<br>*Attorneys for Plaintiffs* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| FORD MOTOR COMPANY,<br>a Delaware corporation, and<br>FORD GLOBAL TECHNOLOGIES,<br>LLC, a Delaware limited liability<br>company,<br><br>         Plaintiffs,<br><br>v.<br><br>AIRPRO DIAGNOSTICS, LLC,<br> a Florida limited liability company,<br><br>         Defendant. | Case No. 2:20-cv-10518<br><br>Hon. George Caram Steeh<br>Magistrate Anthony P. Patti |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

This matter having come before the Court by Stipulation of the parties, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that this case is dismissed in its entirety, with prejudice and without costs to either party.

**SO ORDERED.**

Date: May 24, 2023          s/George Caram Steeh
                            Hon. George Caram Steeh